IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
DELTA DIVISION

COMMON CONSTRUCTION, LLC                                                PLAINTIFF

v.                          CASE NO. 2:22-CV-00174-BSM

JANTRAN, INC.                                                            DEFENDANT

## JUDGMENT

Consistent with the order entered today, this case is dismissed with prejudice.

IT IS SO ORDERED this 3rd day of May, 2024.

_____
UNITED STATES DISTRICT JUDGE